780 A.2d 605

**Richard BEATY, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Pennsylvania Department of Corrections, Appellees.**

**No. 93 MAP 2001.**

Supreme Court of Pennsylvania.

Sept. 13, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 13th day of September, 2001, probable jurisdiction is noted and the order appealed is affirmed.